■

HAZEL F. BITTSON, Respondent, v. ANTHONY J. BITTSON, Appellant.— Motion to dismiss appeal granted, without costs, and appeal dismissed, without costs. Present — Nolan, P. J., Wenzel, MacCrate, Murphy and Ughetta, JJ.

■

JOHN DEGEILH, Appellant, v. GEORGE E. MACCARO et al., as Executors of ROBERT McMULLEN, Deceased, Respondents.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Wenzel, MacCrate, Murphy and Ughetta, JJ.

■

RIESA B. GLASSMAN, Appellant, v. JACOB GLASSMAN, Defendant, and NEW YORK STATE EMPLOYEES' RETIREMENT SYSTEM, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, MacCrate, Murphy and Ughetta, JJ. [See 284 App. Div. 1066.]

■

JOHN ORISHYN, Appellant, v. JOSEPH GRASHOW et al., Individually and as Partners Doing Business under the Name of BELNORD & COMPANY, Respondents. — Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, MacCrate and Ughetta, JJ.; Murphy, J., not voting. Motion for reargument denied, without costs. Present — Nolan, P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ. [See *ante*, p. 817.]

■

J. VINCENT O'SHEA, Appellant, v. GILBERT C. HANSE, as Mayor, et al., Respondents, et al., Defendant.— Motion to dismiss appeal from order entered March 9, 1954, granted, without costs, and appeal dismissed, without costs. Present — Nolan, P. J., Wenzel, MacCrate, Murphy and Ughetta, JJ.

■

J. VINCENT O'SHEA, Appellant, v. GILBERT C. HANSE, as Mayor, et al., Respondents, et al., Defendants.— Motion to dismiss appeal from order entered December 1, 1954, granted, with $10 costs, and appeal dismissed. Present — Nolan, P. J., Wenzel, MacCrate, Murphy and Ughetta, JJ.

■

EDWARD M. ROSENFIELD, Appellant, v. MIRIAM B. ROSENFIELD, Respondent. — Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, MacCrate, Murphy and Ughetta, JJ. [See *ante*, p. 817.]

■

ANNA ROTHENBERG et al., Respondents, v. CITY OF NEW ROCHELLE, Respondent-Appellant, and CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Appellant, et al., Defendants. CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., et al., Third-Party Plaintiffs, v. DANIEL F. MACNAMEE & CO., INC., et al., Third-Party Defendants.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, MacCrate, Murphy and Ughetta, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., MacCrate, Schmidt, Beldock and Murphy, JJ. [See *ante*, p. 817.]